# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN J. SEROLA and | ) | Case No. 98-02454 |
| MARY ANGELA SEROLA, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtors. | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, August 2, 2022, at 1:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, and present the attached **Motion to Retain Counsel**, a copy of which is attached hereto.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 1612732896 and the Passcode is 778135. The meeting ID and further information can also be found on the judge's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

<div style="margin-left:50%">

CATHERINE STEEGE, not individually but as
Chapter 7 Trustee for the bankruptcy estate of
John J. Serola and Mary Angela Serola

BY:     /s/ Catherine Steege
         One of Its Attorneys

</div>

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH:   312/923-2952
FAX:  312/840-7352

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN J. SEROLA and | ) | Case No. 98-02454 |
| MARY ANGELA SEROLA, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtors. | | |

## MOTION TO RETAIN COUNSEL

Catherine Steege, not individually but as Chapter 7 Trustee for John J. Serola and Mary Angela Serola, pursuant to 11 U.S.C. § 327(a) (the "**Trustee**"), respectfully requests entry of an order authorizing her to employ Catherine Steege and Jenner & Block as her counsel, and states:

1.  On January 27, 1998, the Debtors filed a petition for relief under Chapter 7 of Title 7 of the United States Code. The United States Trustee for the Northern District of Illinois appointed Catherine Steege as the interim chapter 7 Trustee. The Trustee filed a no asset report and the case was closed.

2.  Thereafter, the Debtors advised the United States Trustee that Debtor John J. Serola held claims for damages regarding sexual abuse against the Archdiocese of Chicago for injuries he suffered prior to his 1998 bankruptcy case (the "**Claim**"). The United States Trustee moved to reopen the case and once the case was reopened, the United States Trustee reappointed the Trustee. For a period of time, administration of this case was stymied by the fact that the Debtor filed this case at a time when there was no electronic docket. The Debtor no longer retained a copy of his petition and the federal records center indicated that it did not have a copy. As a result, the Trustee did not have a list of creditors. The petition has since been found and placed on the electronic docket. The Trustee is now in a position to administer this case.

3. The Trustee has selected Jenner & Block as her counsel for this bankruptcy case because they are very experienced in representing all parties, including trustees, in Chapter 7 cases.

4. The professional services that Jenner & Block will render will include:

    a. Giving the Trustee legal advice with respect to her powers and duties in this case;

    b. Assisting the Trustee in her investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' business and any other matters relevant to the case;

    c. Investigating the Debtors' transactions with third parties and pursuing litigation where appropriate.

    d. Assisting the Trustee in liquidating the assets of the estate; and

    e. Performing all other legal services as may be required.

5. To the best of the Trustee's knowledge, Jenner & Block represents no entity with an adverse interest to the Debtors or its estate, are disinterested persons and represent or hold no interest adverse to the interests of the estate with respect to the matters on which they are to be employed. *See* Exhibit A hereto.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A. Authorizing her to employ Jenner & Block as her counsel in this case; and

B. Granting such other and further relief as this Court deems just.

<div style="text-align: right">CATHERINE STEEGE, not individually but as Chapter 7 Trustee for the bankruptcy estate of John J. Serola and Mary Angela Serola</div>

BY:     */s/ Catherine Steege*
       One of Its Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
PH: 312/923-2952
FAX: 312/840-7352

Dated: July 25, 2022

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN J. SEROLA and | ) | Case No. 98-02454 |
| MARY ANGELA SEROLA, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtors. | | |

## **DECLARATION**

I, Catherine Steege, being first duly sworn, do hereby state under oath:

1. I am a partner of the law firm of Jenner & Block, and I am authorized to make this Affidavit on its behalf.

2. The law firm of Jenner & Block is not a creditor of the above-captioned estate and represents or holds no interests which are adverse to the estate with respect to the matters upon which it is to be employed except that Jenner & Block represents GE Capital Retail Bank, JPMorgan Chase, and Catholic Charities in matters unrelated to the Debtor.

3. Jenner & Block's connections with the Office of the United States Trustee are as follows: Catherine Steege, a Jenner & Block partner, is a member of the panel of Chapter 7 trustees maintained by the United States Trustee for the Northern District of Illinois.

4. My hourly rate is $1,525. Bree Drozd who will do the bulk of the work on this bills at the rate of $670 per hour. Jenner typically adjusts its rate annually in January of each year.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                                                */s/ Catherine Steege*
                                                                 Catherine Steege

**EXHIBIT A**

## **CERTIFICATE OF SERVICE**

I, Catherine Steege, certify that I caused a copy of the foregoing **Motion To Retain Counsel** to be served upon the counsel of record parties via the Court's ECF system and parties listed on the attached Service List by depositing same in the U.S. Mail receptacle located at 353 N. Clark Street, Chicago, Illinois, before the hour of 4:00 p.m. on July 25, 2022.

                                                 */s/ Catherine Steege*
                                                  Catherine Steege

## SERVICE LIST

In re Serola
98-02454

**VIA ECF NOTIFICATION:**

Patrick S. Layng          USTPRegion11.ES.ECF@usdoj.gov
Adam G. Brief             Adam.Brief@usdoj.gov

**VIA US MAIL:**

| | | |
|---|---|---|
| Patrick S. Layng<br>Office of the United States Trustee<br>219 S Dearborn Street, Room 873<br>Chicago, IL 60604 | David A Kaufman<br>Kaufman & Associates<br>555 Skokie Blvd, #500<br>Northbrook, IL 60062 | Advocate Medical Group<br>1011 E Touhy Ste 390<br>Des Plaines, IL 60118-5807 |
| Chevy Chase Bank<br>PO Box 999<br>Frederick, MD | Bank of America<br>PO Box 53132<br>Phoenix, AZ 85072-3132 | Carson Pirie Scott<br>c/o O.L. Koonce Recovery<br>101 N Wolf Rd<br>Hillside, IL 60162-1606 |
| Consumers Edge<br>BNY Delaware<br>PO Box 38008<br>Newark, NJ | Circle One Financial<br>1620 Dodge St<br>Omaha, NE 68102-1593 | Citibank Preferred<br>PO Box 6702<br>Sioux Falls, SD 57117-6702 |
| First Banks<br>PO Box 5408<br>Sioux Falls, SD 57117 | Discover Financial Svcs<br>PO Box 3025<br>New Albany, OH 43054 | Express Gold<br>PO Box 65962<br>San Antonio, TX 78265 |
| Health Care Assoc Credit<br>Card Holder Services<br>PO Box 7135<br>Indianapolis, IN 46207-7135 | JPMorgan Chase Bank NA<br>Bankruptcy Mail Intake<br>700 Kansas Lane FL 01<br>Monroe, LA 71203-4774 | GE Capital Consumer Card<br>PO Box 924<br>Kings Mills, OH 45034 |
| MBNA America<br>Po Box 15102<br>Wilmington, DE 19850-5102 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201 | Marshall Field Credit/741<br>c/o Dayton Hudson Corp<br>Mail Stop #3C-K<br>3701 Wayzata Blvd<br>Minneapolis, MN |
| Nordstrom<br>PO Box 6564<br>Englewood, CO 80155-6564 | Mellon Bank<br>PO Box 15396<br>Wilmington, DE 19850 | Montgomery Ward<br>c/o Phillip Delk, Legal Div<br>535 W Chicago Ave<br>Chicago, IL 60654-3203 |

2

| | | |
|---|---|---|
| Savings of America<br>PO Box 7180<br>Pasadena, CA 91109-7180 | Norwest Financial<br>1191 E Dundee Rd<br>Palatine, IL 60074-8306 | Paul Harris<br>PO Box 7014<br>Sioux Falls, SD |
| Wells Fargo<br>PO Box 29475<br>Phoenix, AZ 85038-9475 | Sears Card<br>PO Box 555<br>Columbus, OH 43216 | Toys R Us<br>BNT Delaware<br>PO Box 38002<br>Newark, ,NJ |
| David A Kaufman<br>Kaufman & Associates<br>555 Skokie Blvd #500<br>Northbrook, IL 60062 | John J Serola<br>820 N Salem<br>Arlington Heights, IL 60004 | |